AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED
JUN 2 7 2024
Ronald E. Dowling, Clerk of Court
By_____
Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Stephanie Jade Nash | ) Case No:  2:22CR20024-005 |
| | ) USM No: 26428-510 |
| Date of Original Judgment:  05/23/2023 | ) |
| Date of Previous Amended Judgment: _____ | ) Jeremy Dwain Wann |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   97                   months **is reduced to**   78 months                   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   05/25/2023   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   6-27-2024                         *P.K. Holmes* ~
                                                  *Judge's signature*

Effective Date:   02/01/2024                     P.K. Holmes, III, U.S. District Judge
        *(if different from order date)*              *Printed name and title*